UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>R.P. IANNUCCILLO AND SONS CONSTRUCTION COMPANY<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv11976 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, R.P. Iannuccillo and Sons Construction Company, in the above-captioned action. Defendant was served with the complaint and summons on September 21, 2004. A copy of proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated:  October 20, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff,
Charles Langone, Fund Manager

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Bruce R. Iannuccillo, President, R.P. Iannuccillo and Sons Construction Co., 70 Calvery Street, Providence, RI 02908.

|  |  |
|---|---|
| | <u>/s/Catherine M. Campbell</u> |
| Date: October 20, 2004 | Catherine M. Campbell |