UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>R.P. IANNUCCILLO AND SONS CONSTRUCTION COMPANY<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv11976 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated:  January 20, 2005                    Respectfully submitted,

                                            For the Plaintiff,
                                            CHARLES LANGONE, FUND MANAGER
                                            By his Attorney,


                                            /s/ Catherine M. Campbell
                                            Catherine M. Campbell
                                            BBO #549397
                                            Feinberg, Campbell & Zack, P.C.
                                            177 Milk Street
                                            Boston, MA   02109
                                            (617) 338-1976

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Bruce R. Iannuccillo, President, R.P. Iannuccillo and Sons Construction Co., 70 Calvery Street, Providence, RI 02908.

|  |  |
|---|---|
|  | /s/Catherine M. Campbell |
| Date:  January 20, 2005 | Catherine M. Campbell |